DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-01-00231-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




BILL W. WILLIAMS,
§
 APPEAL FROM THE 273RD

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


BILLY DON HUGHES,

APPELLEE
§
 SHELBY COUNTY, TEXAS







MEMORANDUM OPINION (1)


 The parties hereto have filed an agreed motion to dismiss this appeal. That motion has been
signed by the attorneys for all parties and represents that the parties' agreement disposes of all issues
presented for appeal. Because the parties have met the requirements of Tex. R. App. P. 42.1(a)(2),
the motion is granted, and the appeal is dismissed. 


Opinion delivered September 25, 2002.

Panel consisted of Gohmert, Jr., C.J., Worthen, J., and Griffith, J.






(DO NOT PUBLISH)






1. See Tex. R. App. P. 47.1.